IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMY HERRERA, individually and As Heir of ROMEO HERRERA, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET MORTGAGE, LLC, f/k/a QUICKEN LOANS, LLC, f/k/a QUICKEN LOANS, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § <br><br> Cause No. 5:22-cv-471 |

## DEFENDANT'S DISCLOSURE STATEMENT
## AND CERTIFICATE OF INTERESTED PARTIES

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. ("Defendant" or "Rocket Mortgage") files Defendant's Disclosure Statement and Certificate of Interested Parties and would show as follows:

### A. Disclosure Statement

1. Defendant Rocket Mortgage, LLC hereby discloses that its sole member is RKT Holdings, LLC. Rocket Companies, Inc. is a publicly-traded corporation and a member of RKT Holdings, LLC. No publicly-held corporation owns 10 percent or more of the stock of Rocket Mortgage, LLC.

### B. Disclosure of Interested Persons

2. The following persons may have a financial interest in the outcome of this lawsuit:

    a. Diana Quintanilla – Plaintiff;

b. Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. - Defendant;

c. John E. Serna, Law offices of John Evaristo Serna, 3010 Hillcrest Dr. – Suite "B", San Antonio, Texas 78201, counsel for Plaintiff; and

d. Rob Negrin, Aldridge Pite, LLP, 701 N. Post Oak Road, Suite 205, Houston, Texas 77024, Counsel for Defendant Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc.

Date: May 12, 2022.

        Respectfully submitted,

        ALDRIDGE PITE, LLP

        _____
        Robert L. Negrin
        SBOT 14865550
        701 N. Post Oak Road, Suite 205
        Houston, TX 77024
        Telephone: (713) 293-3650
        Facsimile: (858) 412-2798
        rnegrin@aldridgepite.com
        ATTORNEY FOR DEFENDANT ROCKET MORTGAGE, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing certificate of interested parties was served on the following parties/counsel of record pursuant to the Federal Rules of Civil Procedure on May 12, 2022.

John E. Serna
3010 Hillcrest Dr, Suite "B"
San Antonio, Texas 78201

        _____
        Robert L. Negrin