### 45th District Court

## Case Summary

Exhibit E

### Case No. 2022CI08037

**AMY HERRERA VS ROCKET MORTGAGE, LLC**

§  Location
§  **45th District Court**
§  Judicial Officer
§  **45th, District Court**
§  Filed on
§  **05/02/2022**

---

## Case Information

Case Type:  OTHER REAL PROPERTY
Case Status:  **05/02/2022   Pending**

---

## Assignment Information

**Current Case Assignment**
Case Number      2022CI08037
Court            45th District Court
Date Assigned    05/02/2022
Judicial Officer 45th, District Court

---

## Events and Orders of the Court

05/02/2022    CASH BOND      (Judicial Officer: 45th, District Court)
              *TRO BOND; $100.00 CASH DEPOSIT IN LIEU OF*

05/02/2022    New Cases Filed (OCA)

05/02/2022    APPLICATION

05/02/2022
TEMPORARY RESTRAINING ORDER (OCA)      (Judicial Officer: ARTEAGA, ANTONIA)
  *SETTING OF BOND & NOTICE OF HEARING*

05/13/2022    **SETTING ON TEMPORARY RESTRAINING ORDER**   (9:00 AM)

Register of Actions 2022CI08037